**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SMARTE CARTE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 13-93-RGA |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| BAGPORT AMERICA, LLC, | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION FOR ORDER OF DISMISSAL**

Plaintiff Smarte Carte, Inc. and Defendant bagport America, LLC (collectively the "Parties") hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a), to an order dismissing all claims and counterclaims between them in this action pursuant to a settlement agreement. The Parties respectfully request all claims and counterclaims be dismissed with prejudice. Each party shall bear its own costs and attorneys' fees. The Court shall retain jurisdiction to enforce the settlement agreement reached by the Parties.

Respectfully submitted,

| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP. |
|---|---|
| By: */s/ David E. Moore*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19801<br>Tel:  (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com | By: */s/ Julia Heaney*<br>Jack B. Blumenfeld (#1014)<br>Julia Heaney (#3052)<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jheaney@mnat.com |
| *Attorneys for Plaintiff Smarte Carte, Inc.* | *Attorneys for Defendant bagport America LLC* |

Dated:  October 7, 2014
1168150/ 39859

IT IS SO ORDERED, this  7th  day of October 2014.

_____
U.S.D.J.

2